```
                                          FILED
                                    U.S. DISTRICT COURT
                                    DISTRICT OF WYOMING

                                    2015 JAN 23  AM 10 55

                                    STEPHAN HARRIS, CLERK
                                          CHEYENNE
```

## United States District Court
### For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No.14-CR-217-1F |
| ) | |
| FALGUN DHARIA, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER GRANTING MOTION FOR GRAND JURY TRANSCRIPTS**

In accordance with the request of the Defendant for provision of transcripts of Grand Jury testimony involved in the above-captioned case and there being no objection by the United States to said request, the Court, pursuant to Rule 6(e)(3)(E)(i).

HEREBY ORDERS AND DIRECTS that transcripts of Grand Jury testimony be made available to the Defendant.

Counsel and Defendant are hereby prohibited from revealing the contents of the Grand Jury material referred to in this Order and appropriate sanctions will be imposed upon proof of violation of this prohibition.

Dated this 22nd day of January, 2015.

_____
Nancy D. Freudenthal
Chief, United States District Judge